# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-0102-04** |
| v. | : | (Chief Judge Conner) |
| **BRIANNA BROWN,**  Defendant | : | |

## ORDER

AND NOW, this 22nd day of November, 2017, upon consideration of the government's motion (Doc. 168) to dismiss indictment, and noting concurrence of the counsel for the defendant, it is hereby ORDERED that the above-captioned matter is DISMISSED, based upon the defendant's full restitution in the amount of $1,578 and successful completion of a Pretrial Diversion Program.

/S/ CHRISTOPHER C. CONNER  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania